**Order filed May 9, 2013**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-12-00222-CR & 11-12-00223-CR

_____

## EDWARD FERNANDEZ MEDRANO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 238th District Court**

**Midland County, Texas**

**Trial Court Cause Nos. CR35988 & CR36058**

### O R D E R

These appeals have been unduly stalled due to the failure of Appellant's retained counsel, Paul Williams, to file appellate briefs. The briefs were originally due on November 26, 2012. On December 19, the court on its own motion granted an extension in each appeal until January 3, 2013. On January 29, counsel filed motions for extension, which this court granted and which extended the deadlines

to February 15, 2013. We have had no further communication from counsel. More than two months have passed since the extended deadline, and counsel has yet to file a brief.

By this order, Paul Williams is ORDERED to file in this court a brief on behalf of Appellant on or before **May 24, 2013**.

PER CURIAM

May 9, 2013

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.